ELIZA ROY, J. D. PARIS, J. D. JOHNSON, W. H. JOHN-
SON AND W. H. SHIPMAN, PLAINTIFFS, *v.* M. F.
SCOTT; DEFENDANT.

APPEAL FROM CIRCUIT JUDGE, THIRD CIRCUIT.

ARGUED JULY 3, 1906.                    DECIDED JULY 5, 1906.

FREAR, C.J., HARTWELL AND WILDER, JJ.

INJUNCTION AGAINST TRESPASS—*right to.*

A bill for an injunction against trespassing on plaintiffs' land
cannot be based on a void adjudication of the title to the land.

OPINION OF THE COURT BY HARTWELL, J.

This is an appeal by the defendant from a decree granting an
injunction against his trespassing on the plaintiffs' land, being
the same land concerning which the action of trespass was
brought before a magistrate, from whose judgment the defend-
ant appealed to the circuit court in which a verdict for the
plaintiff was given which has been set aside on error on the
ground that the case involved a question concerning the title
to real estate and was therefore not within the jurisdiction of
the magistrate to try.

The plaintiffs' right to maintain their injunction suit resting
upon a void adjudication of their title, which we have reversed,
ante p. 598, the bill cannot be sustained. Accordingly, the
decree appealed from is reversed, the injunction dissolved and
the bill dismissed.

*Smith & Lewis* and *L. J. Warren* for plaintiffs.

*J. W. Cathcart* for defendant.